936

No. 1470, Misc. VERZINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph I. Stone* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1561, Misc. CHARLTON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Dale M. Quillen* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1575, Misc. WACKER v. BISSON, CONSUL GENERAL, DOMINION OF CANADA. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. M. Hepburn Many* for respondent.

No. 1584, Misc. POULSON v. TURNER, WARDEN. Sup. Ct. Utah. Certiorari denied. *William G. Fowler* for petitioner.

No. 1585, Misc. FLETCHER v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Michael F. Dillon* for respondent.

No. 1586, Misc. BURNSIDE v. SIGLER, WARDEN. Sup. Ct. Neb. Certiorari denied.

No. 1587, Misc. RODES v. RODES. Ct. App. N. Y. Certiorari denied.

No. 1597, Misc. BLANCHARD, DBA INFERNO Co. v. TEXSTEAM CORP. ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. J. V. Martin* and *A. H. Evans* for Texsteam Corp., and *Ned L. Conley* for Schoenfeld, respondents.